**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CONSTITUTION PIPELINE<br>COMPANY, LLC | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | Case No. <u>3:14-cv-02046-NAM-RFT</u> |
| A PERMANENT EASEMENT FOR 2.40 | : | |
| ACRES AND TEMPORARY EASEMENTS | : | **Electronically Filed** |
| FOR 3.13 ACRES IN DAVENPORT, | : | |
| DELAWARE COUNTY, NEW YORK, | : | |
| TAX PARCEL NUMBER 25.-1-5, | : | |
| BARBARA ELMORE, et al. | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, this 25th day of February, 2015, upon consideration of Plaintiff's Omnibus

Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015

Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the

documents and arguments submitted in reference thereto, and the Motion is hereby GRANTED

and:

   (a)    Upon filing the bond required below, beginning February 16, 2015, Plaintiff

Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and

entry to the following Rights of Way:

   1.    A permanent right of way and easement, containing 2.40 acres, as
described as "Area of Permanent Right of Way" in Exhibit A attached
hereto, for the purpose of constructing, operating, maintaining, altering,
repairing, changing the size of, replacing and removing a pipeline and all
related equipment and appurtenances thereto (including but not limited to
meters, fittings, tie-overs, valves, cathodic protection equipment and
launchers and receivers) for the transportation of  natural gas, or its
byproducts, and other substances as approved by the Federal Energy
Regulatory Commission pursuant to the Natural Gas Act and the Order of

the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Defendants shall have a right of ingress and egress across the permanent right of way, but Defendants shall not build any permanent structures on said permanent right of way or any part thereof, shall not change the grade of said permanent right of way, or any part thereof, shall not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing, and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing, except that the landowner may construct a single driveway that crosses the permanent right of way perpendicularly after providing reasonable notice to Plaintiff provided that Defendants do not excavate or change the grade of the permanent right of way during construction of said driveway. Plaintiff shall have the right to cut the driveway if necessary to access the pipeline, but will restore the driveway to its original condition. Within the permanent right of way, Plaintiff shall also have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

2.  Temporary easements of 3.13 acres, as described as "Area of Temporary Workspace" and "Area of Additional Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

(b)  Constitution shall post a bond in the amount of $76,000.00 as security for the payment of just compensation to Defendants.

(c)  Constitution shall record this Order in the County Clerk's Office of Delaware County, New York.

IT IS SO ORDERED.

*Norman A. Mordue*

**Norman A. Mordue**
**Senior U.S. District Judge**

-2-

**EXHIBIT A**



MICHAEL MESZAROS and
GEORGE J. MESZAROS, JR.
L.L. NO. NY-DE-199.000

HENRY J. RODE, II
L.L. NO. NY-DE-196.001

50' WIDE PERMANENT
EASEMENT

OLD 96 ROAD

℄ PROPOSED 30" NATURAL
GAS PIPELINE

BARBARA ELMORE, Surviving Tenant by the Entirety
L.L. NO. NY-DE-197.000
TAX PARCEL ID #
25.-1-5

NOTES:

1. APPROXIMATE TOTALS:

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . . . 2090.85'

   AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . . 2.40 AC.

   AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . 2.84 AC.

   AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . . 0.29 AC.

3. ROADS

   WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR
   THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN
   AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN
   OTHER THAN INTERSTATE HIGHWAYS.

   THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND
   FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT
   AND REPRESENTS CONDITIONS AS THEY EXIST AT THAT COUNTY CLERK'S RECORDS
   OFFICE. PROPERTY BOUNDARIES SHOWN ARE BASED ON COUNTY ASSESSOR'S
   MAPS. NO CIVIL SURVEY OF THE EASEMENT AREA HAS BEEN PERFORMED. THE
   ACREAGES SHOWN ARE APPROXIMATE.

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING

DATE: 12/5/14

0     500     1000     1500
SCALE IN FEET

| DRAWING NO. | REFERENCE TITLE | | | | | |
|---|---|---|---|---|---|---|
| 26-03-70/0001-86 | ALIGNMENT SHEET | | | | | |

CONSTITUTION PIPELINE COMPANY, LLC.
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
BARBARA ELMORE, Surviving Tenant by the Entirety
TOWN OF DAVENPORT
DELAWARE COUNTY, NEW YORK

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 02-13-13 | ISSUED FOR BID: | | SCALE: 1"= 500' |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 02-19-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: | DATE: | ISSUED FOR CONSTRUCTION: | | |
| C | 03-12-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | | |
| 0 | 03-31-14 | GIE | APPROVED | 1110415 | | | APPROVED BY: DPS | DATE: 12-02-14 | DRAWING | 26-06-85/86.54-1-2 | SHEET 1 |
| 1 | 11-20-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | NUMBER | | OF 2 |
| 2 | 12-02-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | | |

8:29:40 AM     12/4/2014
H:\...\dm\1574\100 - Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-197.000-1_C.dwg



MICHAEL MESZAROS and
GEORGE J. MESZAROS, JR.
L.L. NO. NY-DE-199.000

OLD 96 ROAD

453.05'

R/W

10' WIDE TEMPORARY
WORKSPACE

HENRY J. RODE, II
L.L. NO. NY-DE-196.001

25'    10'    50'

€ PROPOSED 30" NATURAL
GAS PIPELINE

40'    50'x150' ADDITIONAL
TEMPORARY WORKSPACE

25'

352.86'

50' WIDE PERMANENT
EASEMENT

40'    50'

40' & 50' WIDE TEMPORARY
WORKSPACE

BARBARA ELMORE, Surviving Tenant by the Entirety
L.L. NO. NY-DE-197.000
TAX PARCEL ID #
25.-1-5

50'x100' ADDITIONAL
TEMPORARY WORKSPACE

NOTES:

1. APPROXIMATE TOTALS:

2. LENGTH OF PIPELINE . . . . . . . . . . . . . . . . . . . . 2090.85'

AREA OF PERMANENT RIGHT OF WAY . . . . . . . . . . . . 2.40 AC.

AREA OF TEMPORARY WORKSPACE . . . . . . . . . . . . . . 2.84 AC.

AREA OF ADDITIONAL TEMPORARY WORKSPACE . . . . . . . 0.29 AC.

3. ROADS

WE HAVE NOT DETERMINED THE FEE OWNERSHIP OF THE ROADS SHOWN, AND FOR
THE PURPOSES OF THIS EXHIBIT HAVE ASSUMED THAT ADJOINING LANDOWNERS RETAIN
AN INTEREST IN THE PROPERTY SUBJECT TO THE RIGHT OF WAY OF ALL ROADS SHOWN
OTHER THAN INTERSTATE HIGHWAYS.

THE INFORMATION SHOWN ON THIS DRAWING IS FROM ASSESSOR'S MAPS AND
FOR THE SOLE PURPOSE OF CREATING A RIGHT OF WAY ACQUISITION EXHIBIT
AND REPRESENTS CONDITIONS AS THEY EXIST AT THE COUNTY CLERK'S RECORDS
OFFICE. PROPERTY BOUNDARIES SHOWN ARE BASED ON COUNTY ASSESSOR'S
MAPS. NO CIVIL SURVEY OF THE EASEMENT AREA HAS BEEN PERFORMED. THE
ACREAGES SHOWN ARE APPROXIMATE.

DATE: 12/5/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

0    300    600    900

SCALE IN FEET

| DRAWING NO. | REFERENCE TITLE: | | CONSTITUTION PIPELINE COMPANY, LLC. | | SCALE: 1"= 300' |
| 26-03-70/0001-86 | ALIGNMENT SHEET | | PROPOSED 30" NATURAL GAS PIPELINE | | |

CONSTITUTION PIPELINE COMPANY, LLC.
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
BARBARA ELMORE, Surviving Tenant by the Entirety
TOWN OF DAVENPORT
DELAWARE COUNTY, NEW YORK

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. | DRAWN BY: GIE | DATE: 02-13-13 | ISSUED FOR BID: | SCALE: 1"= 300' |
|---|---|---|---|---|---|---|---|---|---|---|
| B | 02-19-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | CHECKED BY: | DATE: | ISSUED FOR CONSTRUCTION: | |
| C | 03-12-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | |
| 0 | 03-31-14 | GIE | APPROVED | 1110415 | | | APPROVED BY: DPS | DATE: 12-02-14 | DRAWING NUMBER: 26-06-85/86.54-2-2 | SHEET 2 |
| 1 | 11-20-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | | | | | OF 2 |
| 2 | 12-02-14 | GIE | APPROVED | 1110415 | | | WO: 1110415 | | | |

9:00:28 AM    12/4/2014
H:\_/dmi\1574\100 - Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-197.000-2_C.dwg